UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

    Plaintiff,

                                      Hon. Robert J. Jonker

v.

                                      Case No. 1:17-cr-00205

DANA NICOLE ALLEN,

    Defendant.
_____/

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a four-count indictment with distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C). Given the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis that she is a danger to the community, 18 U.S.C. § 1342(f)(1), and that she poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on November 1, 2017, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the

presumption of detention regarding risk of flight, but has not rebutted the presumption of detention as to danger to the community. The Court also finds, as explained on the record, that the government has sustained its burden of proving by clear and convincing evidence, that she poses a danger to the community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community. Accordingly,

IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on November 1, 2017.

  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge